COPY



4/6/15

of Travis County, Texas

APR 0 6 2015

At _____ 10:30A M. il
Velva L. Price, District Clerk

Cause No. D-1-GN-14-001926

| | | |
|---|---|---|
| Freddie Lee Walker, TDC#00457485 Plaintiff | * * | In The District Court |
| Versus | * | 126th Judicial District |
| Rissie Owens, Presiding Officer, Texas Board of Pardons And Paroles, et al., Defendants | * * * | Travis County, Texas |

Motion In Request For A True And Complete Copy Of The Clerk's Records Pursuant To Rule 34.5 Tex. R. Civ. Proc.

To: Velva L. Price
Travis County District Clerk
Civ. Div., 302 Courthouse
1000 Guadalupe Street
Austin, Texas 78761-9003

Comes Now Freddie Lee Walker, Plaintiff in the above-styled and referenced Cause, by and through himself, In Propria Persona, and presents this "Motion In Request For A True And Complete Copy Of The Clerk's Record Pursuant To Rule 34.5 Tex. R. Civ. Proc.", and in support of such, Plaintiff presents The Following:

1) On June 19, 2014, Plaintiff filed Original Due Process of Law Complaint Pursuant To United States Constitution Amendment Fourteen; Texas Constitution Article 1, Section 19;

2) Request For Service of Process;

3) Application To Proceed In Forma Pauperis - Inability To Pay Costs;

1

Mr. Freddie Lee Walker #457485
1697 FM 980  O.B. Ellis Unit
Huntsville, Texas    77343-0001

JUL 14 2015
CHRISTOPHER A. PRINE
CLERK

LEGAL MAIL

10 JUL 2015

Christopher A. Prine, Clerk
Court of Appeals
First District of Texas
301 Fannin Street
Houston, Texas    77002-2066

7700:206659